B3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT

In Re: __Frederick A. Mack__          Case No. __10-51825__
**Debtor**                             (if known)

                                       Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__    Check one  ☒ With the filing of the petition, or
                             ☐ On or before

   $ __74.75__    on or before __December 19, 2010__

   $ __74.75__    on or before __January 19, 2011__

   $ __74.75__    on or before __February 19, 2011__

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*
*NOV 19 2010*
*KENNETH S. GARDNER, CLERK*
*PS REP. - AC*

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _Frederick A. Mack_  __11-19-2010__
Date                                    **Signature of Debtor**        Date

_____          _____
**Name of Attorney**                    **Signature of Joint Debtor**   Date

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re __Frederick A Mock__,     Case No. __10-51825__
　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[X]  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ]  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  [ ] With the filing of the petition, or
　　　　　　　　　　　　　　　　　　　 [ ] On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

[ ]  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Date: 11/22/10
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*United States Bankruptcy Judge*